**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Demaree, et al., | No. CV-11-00046-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| John Krause, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS ORDERED** the Joint Stipulation (Doc. 419) is **GRANTED**. All claims are dismissed with prejudice, each party to bear its own costs. The Clerk of Court shall close this case.

Dated this 17th day of January, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge